## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**[2] NELSON RIVERA-SUAREZ,**

Defendant.

CRIMINAL NO. 22-510 (ADC)

## <u>MOTION REQUESTING TRANSCRIPT</u>

**TO THE HONORABLE AIDA M. DELGADO COLON**
**UNITED STATES DISTRICT JUDGE**
**FOR THE DISTRICT OF PUERTO RICO**

    **COMES NOW** the defendant, Nelson Rivera-Suarez, through undersigned counsel, and respectfully states and requests:

1. On December 23, 2022, the USAO filed a motion in opposition to the Magistrate Judge Bruce J. McGiverin's order releasing Mr. Rivera-Suarez on bail and requesting that a De Novo Hearing be held. (Docket No. 46). This motion was granted. (Docket No. 48).

2. A De Novo Bail Hearing was held on December 30, 2022. For purposes of preparing for further proceedings in this case, Mr. Rivera Suarez, through undersigned counsel, respectfully requests that this Honorable Court order the Clerk or the relevant court reporters to provide the transcript.

3. Attached to this motion is the Transcript Request form required.

**WHERFORE**, it is respectfully requested that this Honorable Court take notice of the present motion and the same be granted.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF using the selected parties viewing restriction in the CM/ECF system.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 4th day of January, 2023.

_**S/Leonardo M. Aldridge**_
Leonardo M. Aldridge
USDC-PR 300011
ECIJA-SBGB Law Offices
Miramar Plaza, Second Floor
San Juan, P.R. 00907